062S0005577161

$0.450
US POSTAGE
FIRST-CLASS
FROM 00968
NOV 19 2012
stamps.com

UNITED STATES FIDELITY & GUARANTY COMPANY US
1518 WALNUT STREET 16TH FL
PHILADELPHIA PA 19102-3419

NIXIE      176  CE  1         84  11/27/12

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968