UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** SANTOLAYA INC
**Case Number:** 12-07949-ESL11
**Date / Time / Room:** 4/9/2013 10:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** EVANGELINA MENDEZ
**Reporter / ECR:** VIANCA ARROYO

**Chapter:** 11

### Matter:

Doc# 62  Motion to dismiss filed by United States Fidelity & Guaranty Co.
Doc# 67  Debtor's Opposition

### Appearances:

WIGBERTO LUGO MENDER - attorney for debtor ✓
PAUL DEVLIEGER - attorney for United States Fidelity & Guaranty Co.
*Daniel Molina, Trustee* [handwritten]

### Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: _____.

___ Other: Order: For the reasons stated in open court, the court denies the motion to dismiss as movant has failed to establish a prima facie case of lack of good faith (or bad faith). Movant appeared by telephone and did not present any evidence, and the court declines to take judicial notice of adjudicative facts in allegations made in a separate action. See FRE 201. The Court based its conclusions on its decision in *In re Costa Bonita Beach Resort, Inc.* 479 B.R. 14 (Bankr. D.P.R. 2012), 39-40.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge